# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 23-1165 KWR | UNITED STATES vs. CALVERT |
|---|---|

**Before The Honorable Laura Fashing, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 02/28/2024 | Time In and Out: | 1:53-2:15 |
| Clerk: | N. Maestas | Digital Recording: | ABQ-Rio Grande |
| Defendant: | Dwayne A. Calvert | Defendant's Counsel: | Buck T. Glanz |
| AUSA: | Zachary Jones | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **Indictment**

☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☒ Terms and conditions of proposed plea agreement explained.
☒ Defendant indicates understanding of its terms.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to: **Indictment**

☐ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☒ Defendant to Remain in Custody

☐ Present conditions of release continued
☐ Conditions changed to:

☐ Penalty for failure to appear explained

☒ Presentence Report Ordered
☐ Expedited (Type III)

Other Matters: Government moves for detention; Defense counsel agrees and asks that Defendant be allowed to surrender to the USMS after this hearing; USMS have no concerns; Court will allow Defendant to surrender to the USMS as requested.