UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 23-1165 KWR | USA vs.: | CALVERT |
| Date: | 5/29/2024 | Name of Deft: | DWAYNE A. CALVERT |

Before the Honorable: Kea W. Riggs, U.S. District Judge

| | | | |
|---|---|---|---|
| Time In/Out: | 9:27am-9:44am | Total Time in Court **(for JS10):** | 17 minutes |
| Clerk: | C. Bevel | Court Reporter: | Andrea Lynch |
| AUSA: | Zachary Jones | Defendant's Counsel: | Buck Glanz |
| Sentencing in: | Albuquerque | Interpreter: | N/A |
| Probation Officer: | Robert Sanchez | Interpreter Sworn? | Yes / No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | **X** Plea | Verdict | As to: | Information | **X** Indictment | | |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: | | | |
| Date of Plea/Verdict: | 2/28/2024 | PSR: **X** Not Disputed | Disputed | **X** Courts adopts PSR Findings | | | |
| Evidentiary Hrg: | **X** Not Needed | Needed | Exceptions to PSR: | | | | |

## SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| Imprisonment (BOP): | 5 YEARS | | |
| Supervised Release: | 5 years | Probation: | |
| REC **X** 500-Hour Drug Program | BOP Sex Offender Program | Other: | |
| ICE | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | | Community service for 60 hours during supervised release. |
| **X** | Participate in/successfully complete subst abuse program/testing Testing shall not exceed more than 60 test(s) per year | | Reside at residential re-entry center for a period of up to 180 days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants Testing shall not exceed more than 4 per day | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | **X** | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | **X** | No volunteering where children supervised |
| **X** | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| **X** | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| **X** | OTHER: The defendant must comply with the mandatory and standard conditions of supervision, including the standard sex offender conditions adopted by the District of New Mexico on July 20, 2018.<br><br>If recommended in the sex offense-specific assessment, you must begin attending and participating in sex offender treatment consistent with the recommendations of the evaluation. You must follow the rules and regulations of that program. The probation officer, in conjunction with the treatment provider, will supervise your participation in the program (location, modality, duration, intensity, etc.). Furthermore, you must submit to clinical polygraph examinations, as directed by the probation officer and/or treatment provider. You may be required to pay a portion or all of the cost of the assessments and treatment. | | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ 0.00 | Restitution: | $ None Ordered | |
| SPA: | $ 100.00 (100 per count) | Payment Schedule: | **X** Due Immediately | Waived |

| | OTHER: | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | Defendant addresses Court.<br>AUSA Jones indicates victim has been notified and chose not to attend. | | |